**AOSTA SHIPPING CO. LTD.,**
**Plaintiff–Appellant,**

v.

**OSL STEAMSHIP CORP.,**
**Defendant–Appellee,**

**Zhangjiang Fareast International Shipping Agency Co. and Clear Water Shipping Limited, Defendants.**

**No. 09–0481–cv.**

United States Court of Appeals,
Second Circuit.

Oct. 26, 2009.

George Michael Chalos, Oyster Bay, NY, for Appellant.

Charles E. Murphy, New York, NY, for Appellee.

Present: GUIDO CALABRESI and RICHARD C. WESLEY, Circuit Judges.*

* The Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, was originally assigned to this panel by designation. Because Judge Rakoff issued the decision below, however, he has taken no part in the consideration of this appeal. The two remaining members of the panel, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); Local Rule 0.14(2); *see also United States v. Desimone,* 140 F.3d 457 (2d Cir.1998).

## SUMMARY ORDER

Plaintiff Aosta Shipping Co. Ltd. appeals a January 26, 2009 order of the United States District Court for the Southern District of New York (Rakoff, *J.*). While this appeal was *sub judice,* we decided *The Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.,* 585 F.3d 58 (2d Cir.2009), in which we overruled *Winter Storm Shipping, Ltd. v. TPI,* 310 F.3d 263 (2d Cir.2002), and held that electronic fund transfers being processed by intermediary banks are no longer subject to attachment under Rule B. Accordingly, we **VACATE** the district court's order and **REMAND** the matter for consideration in light of this recent decision.